HAYES, Respondent, v. J. L. KESNER CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 11, 1913.) Action by Margaret V. Hayes against the J. L. Kesner Company.

PER CURIAM. Motion granted, with costs, inasmuch as it does not appear that there is any merit in the appeal, as required by the special rule adopted October 4, 1910, and no excuse or explanation is given for appellant's failure to file brief.

HAYSMAN, Respondent, v. FITZPATRICK, Appellant. (Supreme Court, Appellate Division, Second Department. April 30, 1913.) Action by George Haysman against Annie E. Fitzpatrick.

PER.CURIAM. Judgment and order reversed, and new trial granted; costs to abide the event. The trial judge instructed the jury that the doctrine of res ipsa loquitur did not apply. Without expressing any opinion as to the soundness of this ruling, inasmuch as for the purposes of review upon appeal this must be taken to be the law of this case, there is no evidence of defendant's negligence sufficient to justify submission to the jury.

HECK v. UVALDE ASPHALT CO. (two cases). (Supreme Court, Appellate Division, First Department. May 23, 1913.) Action by Daniel Heck against the Uvalde Asphalt Company. No opinion. Application and motion granted. Order signed and filed.

HELMER, Respondent, v. SCANLON, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 21, 1913.) Action by Adelma Helmer against William Scanlon. No opinion. Judgment and order affirmed, with costs.

HENDERSON, Respondent, v. DELPARK PRODUCTIONS, Appellant. (Supreme Court, Appellate Division, First Department. May 9, 1913.) Action by Mark M. Henderson against the Delpark Productions. J. W. Osborne, of New York City, for appellant. S. G. Nissenson, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HESSEN v. McKINLEY. (Supreme Court, Appellate Division, First Department. April 11, 1913.) Action by Mary v. Hessen against James A. McKinley. No opinion. Motion granted. Question certified. Order filed. See, also, 140 N. Y. Supp. 724.

HIRSCH, Respondent, v. FREEDMAN BROS. CO., Appellant. (Supreme Court,. Appellate Division, First Department. May 9, 1913.) Action by William S. Hirsch against the Freedman Bros., Company. J. Kohler, of New York City, for appellant. D. W. Blumenthal, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HOFFMAN, Appellant, v. BANK OF CONEY ISLAND et al., Respondents. (Supreme Court; Appellate Division, Second Department, May 9, 1913.) Action by Adeline Hoffman against the Bank of Coney Island and others. No opinion. Order modified, so as to confine the examination of plaintiff before trial to the issues raised by the affirmative defenses pleaded in the answer, and, as so modified, affirmed, without costs.

HOFFMAN v. FORDHAMVIEW REALTY CO. (Supreme Court, Appellate Division, First Department. April 25, 1913.) Action by Elizabeth Hoffman against the Fordhamview Realty Company. No opinion. Motion granted, with $10 costs. Order filed.

HOFFSTAETTER, Respondent, v. SCHINKEL et al., Appellants. (Supreme Court, Appellate Division, First Department. May 23, 1913.) Action by Lillian E. Hoffstaetter against Charles G. Schinkel and others. C. O. Maas, of New York City, for appellants. L. H. Porter, of New York City, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed. See, also, 150 App. Div. 925, 135 N. Y. Supp. 1118.

INGRAHAM, P. J., and LAUGHLIN, J., dissent.

HOLLAND, Appellant, v. RICKETTS, Respondent. (Supreme Court, Appellate Division, Third Department. May 22, 1913.) Action by John G. Holland against Charles Ricketts. No opinion. Order and judgment reversed, and new trial granted, with costs to appellant to abide event, upon the authority of St. Lawrence County National Bank v. Watkins, 153 App. Div. 551, 138 N. Y. Supp. 116.

HOLLANDER, Appellant, v. GARFINKEL, Respondent. (Supreme Court, Appellate Division, Second Department. April 30, 1913.) Action by Fannie Hollander against Heyman Garfinkel.

PER CURIAM. Order setting aside verdict and granting new trial reversed, and verdict unanimously reinstated, with costs, upon the ground that the evidence adduced upon the trial fully justified the jury in rendering its' verdict.

HOLLANDER, Appellant, v. HUDSON et al., Respondents. (Supreme Court, Appellate Division, First Department. April 18, 1913.) Action by Edwa Hollander against Charles J. Hudson and another. N. D. Stern, of New York City, for appellant. J. G. Saxe, of New York City, for respondents. No opinion. Judgment affirmed, with costs, on opinion in 152 App. Div. 131, 136 N. Y. Supp. 594. Order filed. See, also, 152 App. Div. 131, 136 N. Y. Supp. 594.

HOLMES, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. May 16;

1913.) Action by James H. Holmes against the City of New York.

PER CURIAM. Judgment affirmed, with costs.

HIRSCHBERG, J., not voting.

HOOKER et al., Respondents, v. CITY OF AUBURN, Appellant. (Supreme Court, Appellate Division, Fourth Department. April 30, 1913.) Action by Horace B. Hooker and another against the City of Auburn. No opinion. Judgment affirmed, with costs.

HUDSON & M. R. CO., Respondent, v. SNYDER, Appellant, et al. (Supreme Court, Appellate Division, First Department. May 2, 1913.) Action by the Hudson & Manhattan Railroad Company against Edwin H. Snyder, impleaded with others. I. N. Miller, of New York City, for appellant. L. P. Reed, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

HUESTED, Appellant, v. RICHMOND LIGHT & R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. April 30, 1913.) Action by Edward L. Huested, as administrator, etc., of Orel Huested, deceased, against the Richmond Light & Railroad Company.

PER CURIAM. Judgment reversed, and new trial granted, costs to abide the event; upon the ground that the evidence presented an issue which should have been submitted to the jury.

HIRSCHBERG and BURR, JJ., vote to modify the judgment by striking out the words "upon the merits," and to affirm the judgment, as so modified, without costs.

HUMANE SOCIETY OF ROCHESTER, N. Y., FOR THE PREVENTION OF CRUELTY TO ANIMALS, Respondent, v. RYAN, Appellant. (Supreme Court, Appellate Division, Fourth Department. April 30, 1913.) Action by the Humane Society of Rochester, N. Y., for the Prevention of Cruelty to Animals against Matthew A. Ryan. No opinion. Judgment (137 N. Y. Supp. 74) affirmed, with costs.

HUNT v. HUNT et al. (Supreme Court, Appellate Division, Second Department. March 28, 1913.) Action by John W. Hunt against Bessie H. Hunt, Robert L. Lucas and John E. Harris, as executors, etc., and others. No opinion. Motions withdrawn. See, also, 154 App. Div. 833, 139 N. Y. Supp. 413.

HUNTER, Respondent, v. SINCLAIR, Appellant. (Supreme Court, Appellate Division, Second Department. April 30, 1913.) Action by Henry Hunter against Samuel Sinclair. No opinion. Judgment and order affirmed, without costs.

HURWITZ, Respondent, v. BERNSTEIN, Appellant. (Supreme Court, Appellate Division, Second Department. April 18, 1913.)

Supplementary proceedings by Jacob Hurwitz against Hyman Bernstein.

PER CURIAM. The title to the property being in dispute, its ownership can only be ascertained in a proceeding instituted by the receiver. The debtor cannot be punished for a criminal contempt upon a motion, even though the affidavits presented to the judge tend to establish that the evidence given by him relating to such ownership is untrue. The order must therefore be reversed. Order of the County Court of Kings County reversed, with $10 costs and disbursements, and motion denied, without costs. Reargument denied, 141 N. Y. Supp. 1124. See, also, 154 App. Div. 951, 139 N. Y. Supp. 1127.

HURWITZ, Respondent, v. BERNSTEIN, Appellant. (Supreme Court, Appellate Division, Second Department. May 9, 1913.) Supplementary proceedings by Jacob Hurwitz against Hyman Bernstein. No opinion. Motion for reargument (of 141 N. Y. Supp. 1124) denied without costs.

IDE v. ROSENSTEIN. (Supreme Court, Appellate Division, First Department. May 23, 1913.) Action by Alex. L. Ide against Henry Rosenstein. No opinion. Application denied, with $10 costs. Order signed.

ILLINOIS SURETY CO. v. SANTOMASSIMO et al. (Supreme Court, Appellate Division, Second Department. May 9, 1913.) Action by the Illinois Surety Company against Francesco Santomassimo and others, wherein John Ansani appeals. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 150 App. Div. 913, 135 N. Y. Supp. 1119.

INDERBITZEN, Respondent, v. INTERNATIONAL R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 21, 1913.) Action by Anna Inderbitzen against the International Railroad Company. No opinion. Judgment and order affirmed, with costs.

INGAMELLS, Respondent, v. SYRACUSE, L. S. & N. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 21, 1913.) Action by Esther Ingamells, an infant, etc., against the Syracuse, Lake Shore & Northern Railroad Company.

PER CURIAM. Judgment of Oswego County Court and judgment and order of City Court of Fulton reversed, and the complaint dismissed, with costs in all courts to the appellant. Held, that the proof shows that the overcharge was made through inadvertence and mistake not amounting to gross negligence, and the defendant's motion for a nonsuit should have been granted.

JACOBS, Appellant, v. MITCHELL, Respondent. (Supreme Court, Appellate Division, Second Department. April 18, 1913.) Action by Morris Jacobs against Katherina F. Mitchell. No opinion. Judgment and order unanimously affirmed, with costs.